IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACQUELINE BREWINGTON,<br><br>           Plaintiff,<br><br>    v.<br><br>CHASE BANK, USA, N.A., et al.<br><br>           Defendants | : <br> : <br> : <br> : <br> : <br> :   NO. 2:07 cv 04126 <br> : <br> : <br> : |

### STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed that this action, including all claims and counterclaims, is dismissed with prejudice.

_____       _____
Marc J. Weinstein, Esquire                         Robert P. Cocco, Esquire
PA No. 206441                                  Robert P. Cocco, PC
BALLARD SPAHR ANDREWS & INGERSOLL, LLP      437 Chestnut Street
1735 Market Street, 51st Floor                 Suite 1006
Philadelphia, PA 19103                       Philadelphia, PA 19106

*Attorney for Defendant Chase Bank USA, N.A.*    *Attorney for Plaintiff Jacqueline Brewington*

_____
Joel I Herzfeld, Esquire
Salmon Ricchezza Singer & Turchi LLP
1700 Market Street
Suite 3110
Philadelphia, PA 19107

*Attorney for Defendants Lexington & Concord Search and Abstract, LLC and Glenn R Randall*

_____
Jonathan H Ganz
1004 Armstrong Court
Chesterbrook, PA 19087-5801

*Pro Se Defendant*

DATED: January 18, 2008